JOHN F. BOWNE et al., respondents,

*v.*

ARTHUR C. WINDSOR, appellant.

[Decided May 18th, 1931.]

*Messrs. Heine & Laird,* for the respondent.

*Messrs. Lintott, Kahrs & Young,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *106 N. J. Eq. 415.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.